THE FIRESTONE TIRE AND RUBBER COMPANY v.
JAMES H. CANNON T/A CANNON TRUCKING ET AL.

[No. 1 (Adv.), September Term, 1983.]

Decided March 8, 1983.

The cause was submitted to MURPHY, C. J., and SMITH,
ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

PER CURIAM:

The petition for writ of certiorari having been granted, the
judgment of the Court of Special Appeals affirming the judg-
ment of the Circuit Court for Talbot County in *Firestone
Tire & Rubber Co. v. Cannon,* 53 Md. App. 106, 452 A.2d 192
(1982) is affirmed for the reasons set forth in the opinion of
Judge Wilner.

> *Judgment of the Court of Special
> Appeals affirmed.
> Costs to be paid by the petitioner.*